# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KEITH A. WUNDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 09-1073-CV-W-FJG-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, Social Security | ) |
| Administration | ) |
| | ) |
| Defendant. | ) |

# ORDER

Currently pending before this Court is defendant's Motion to Remand (Doc. # 14).

Agency counsel states that after review of the above referenced case, agency counsel requested the Appeals Council to reconsider the Commissioner's decision. Upon review, the Appeals Council determined that remand was appropriate. Agency counsel states that upon remand the Appeals Council will remand this case to the ALJ in order to further evaluate plaintiff's impairments. Specifically, the ALJ will be directed to obtain a psychological consultative evaluation, in order to obtain additional evidence regarding plaintiff's mental condition, including his cognitive functioning.

Therefore, this Court hereby **ORDERS** that the Administrative Law Judge's decision is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

Date: 02/07/11  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
Chief United States District Judge